O

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | MAGISTRATE ACTION NO. C-05-296 |
| | § | |
| STEPHEN GERARD COLLINS, JR, | § | |
| | § | |
| Defendant. | § | |

**ORDER OF DETENTION PENDING TRIAL**

A detention hearing has been held in accordance with the Bail Reform Act, 18 U.S.C. § 3142(f). The following requires detention of the defendant pending trial in this case:

(1) There is a serious risk that the defendant will not appear for court as required; and

(2) There is a serious risk that the defendant will endanger the safety of another person or the community.

According to the case agent who testified, Eric McCall, defendant Collins employed several individuals to transport aliens through the checkpoints. All of the events testified to occurred while the defendant was on probation for a similar offense, indicating that the defendant is either unwilling or unable to comply with court ordered conditions of release. Moreover, the nature of the offense suggests that the defendant has extensive ties to Mexico. Finally the agent testified that the cooperating individuals in this case were afraid of harm by the defendant.

The defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a

reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States marshal for the purpose of an appearance in connection with a court proceeding.

ORDERED this 20th day of May, 2005.

_____
B. Janice Ellington
United States Magistrate Judge